-1-

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No.: 6:24-cv-00895-JSS-LHP**

**MICHELLE LEFKOWITZ,**

       **Plaintiff,**

**v.**

**EXPERIAN INFORMATION SOLUTIONS**
**INC, THE BANK OF MISSOURI**

       **Defendants.**

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN**
**INFORMATION SOLUTIONS INC**

Plaintiff Michelle Lefkowitz submits this Notice of Settlement as to Defendant Experian Information Solutions Inc only, and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: July 9, 2024

Respectfully submitted,

*/s/* Gerald D. Lane, Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*/s/* Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677

*COUNSEL FOR PLAINTIFF*