UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE LEFKOWITZ,

     Plaintiff,

v.                                    Case No: 6:24-cv-895-JSS-LHP

THE BANK OF MISSOURI,

     Defendant.

_____/

## **ORDER**

Upon review, Plaintiff has failed to comply with the Court's Order to Show Cause (Doc. 15) directing Plaintiff to show cause why the case should not be dismissed for failure to comply with the Federal Rules of Civil Procedure 4(m). Plaintiff was warned that failure to comply with the Court's Order may result in dismissal of the case without further notice. Plaintiff has failed to comply with the Court's Order, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close the file. Upon filing (1) a motion to reopen the case establishing good cause and (2) the documents required by the Court's Order to Show Cause, this case may be reopened.

**ORDERED** in Orlando, Florida on September 4, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

2